IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

RS GROWER INC. and RAINSWEET, INC., )
)
        Plaintiffs, )   TC-MD 120020D
)
    v. )
)
POLK COUNTY ASSESSOR and )
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
        Defendants. )   **DECISION OF DISMISSAL**

    This matter is before the court on Defendant Department of Revenue's (Defendant's)

Motion to Dismiss for lack of prosecution, filed July 25, 2012.

    On June 19, 2012, Defendant filed its Motion for an Order of Discovery, Motion to

Compel Discovery, and Motion for Sanctions. Plaintiffs did not file a response to Defendant's

Motions. On July 6, 2012, the court granted Defendant's Motion for an Order of Discovery and

Motion to Compel Discovery, stating that Plaintiffs were "to serve the requested discovery to

Defendant by July 11, 2012."

    On July 25, 2012, Defendant filed its Motion to Dismiss, stating that Plaintiffs failed to

comply with the court's Order compelling discovery. As of the date of this decision, Plaintiffs

have not responded to Defendant's Motion to Dismiss.

    On May 14, 2012, the parties agreed to a mediation to be held on August 9, 2012. In its

letter filed August 9, 2012, Defendant stated that Defendants received notice one hour before the

scheduled mediation that Plaintiffs did not intend to participate. In its letter, Defendant further

wrote:

/ / /

"Parties should not be allowed to completely ignore the court's orders, ignore numerous repeated requests for relevant information, ignore motion practice, and otherwise fail to prosecute their case, and then simply proceed to trial as if nothing had happened. Accordingly, we request that the court grant defendant's Motion to Dismiss."

After considering Plaintiffs egregious disregard for the court's rules and its Order compelling discovery, Defendant's Motion to Dismiss is granted. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ____ day of August 2012.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within __60__ days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on August 13, 2012. The Court filed and entered this document on August 13, 2012.*